Curtis C. EVANS

v.

STATE of Mississippi

2015–CT–00078–COA

Supreme Court of Mississippi.

Filed: 10/28/2016

Closed: 01/26/2017

Motion Desc: Petition for Writ of Certiorari

Certiorari—Denied

Evelyn BARNES

v.

CITY OF CANTON, Mississippi

2014–CT–01455–COA

Supreme Court of Mississippi.

Filed: 11/01/2016

Closed: 01/19/2017

Motion Desc: Appellants Petition for Certiorari

Certiorari—Denied

Craig CLEVELAND

v.

DEUTCHE BANK NATIONAL TRUST COMPANY

2014–CT–01692–COA

Supreme Court of Mississippi.

Filed: 11/01/2016

Closed: 01/12/2017

Motion Desc: Petition for Writ of Certiorari

Certiorari—Denied

Anthony ROBINSON

v.

MISSISSIPPI DEPARTMENT OF EMPLOYMENT SECURITY

2015–CT–00336–COA

Supreme Court of Mississippi.

Filed: 11/04/2016

Closed: 01/05/2017

Motion Desc: In response to the Court of Appeals letter dated Oct. 25, 2016, denying my request for rehearing, I would like to petition the court for an Appeal in COA# Case: 2015–CC–336–Anthony Robinson v. MDE

Certiorari–Denied